IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00308-WYD-CBS

SOLEDAD BALTAZAR,

    Plaintiff,

v.

ERIC K. SHINESKI, Secretary, United States Department of Veterans Affairs,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on Defendant's Motion to Amend Judgment to Award Costs (ECF No. 74), filed July 25, 2011.  After carefully reviewing the file in the above-captioned case, I find that this motion should be granted pursuant to D.C.COLO.LCivR 54.1.  Accordingly, it is

    ORDERED that Defendant's Motion to Amend Judgment to Award Costs (ECF No. 74) is **GRANTED.**  The Clerk of the Court shall amend the judgment to reflect that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of the amended judgment.

    Dated:  July 27, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge